# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | CASE NO. 1:11-CV-01670-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED |
| v. | FOR FAILURE TO OBEY COURT ORDER |
| SUSAN L. HUBBARD, et al., | (Doc. 3) |
| Defendants. | RESPONSE DUE WITHIN EIGHTEEN DAYS |
| _____/ | |

Plaintiff Anthony R. Turner ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on October 3, 2011.  Doc. 1. On October 5, 2011, the Court ordered Plaintiff either to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days.  Doc. 3.  More than forty-five days have passed, and Plaintiff has not responded or otherwise complied with the Court's order.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause why this action should not be dismissed for failure to obey a court order, within eighteen (18) days from the date of service of this order.  Failure to timely respond or to show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

**Dated:**   **November 30, 2011**          _____ **/s/ Dennis L. Beck**_____
UNITED STATES MAGISTRATE JUDGE

1