# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICHARDO TURNER,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN L. HUBBARD, et al.,<br><br>Defendants. | Case No. 1:11-cv-01670-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 13<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Anthony Richardo Turner ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  On July 31, 2012, the Court dismissed Plaintiff's second amended complaint for failure to state a claim, with leave to amend.  ECF No. 13.  As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** why this action should not be dismissed.  If Plaintiff fails to show cause or otherwise timely respond, the Court will dismiss this action without prejudice for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:  **October 23, 2012**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE

1